IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 CV 151

| | |
|---|---|
| RE/MAX, LLC, a Delaware Limited Liability Company, ) ) ) Plaintiff ) ) V ) ) ROLLING HILLS REALTY, INC., a ) North Carolina Corporation; SCOTT ) WALKER, an individual; DAVID ) BRACKETT, an individual; and LISA ) FORD, an individual, ) ) Defendants. ) | **ORDER** |

**THIS MATTER** is before the court on Matthew J. Ladenheim's Application for Admission to Practice *Pro Hac Vice* of Nadya C. Bosch. It appearing that Nadya C. Bosch is a member in good standing with the Colorado Bar and will be appearing with Matthew J. Ladenheim , a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Matthew J. Ladenheim's Application for Admission to Practice *Pro Hac Vice* (#4) of Nadya C. Bosch is **GRANTED**, and that Nadya C. Bosch is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Matthew J. Ladenheim.

Signed: June 22, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge